**Opinion issued November 10, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-16-00361-CV**

———————————

**ANTHONY SIMON, Appellant**

**V.**

**KAYTRON PATRIC CURLIN, Appellee**

———————————

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-13089**

———————————

**MEMORANDUM OPINION**

Appellant, Anthony Simon, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1, 37.3(b); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West 2013), § 101.0411 (West Supp. 2016); Order Regarding Fees Charged in the Supreme

Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified by this Court's Order and Notice of Intent to Dismiss for Want of Prosecution on September 8, 2016, that this appeal was subject to dismissal for want of prosecution for failure to pay the required fees, appellant did not timely respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See id.* 5, 37.3(b), 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Brown.